UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER TYSON,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>*Defendants.* | 1:20-cv-1450 |

## NOTICE OF REMOVAL

Defendant District of Columbia (the District) removes the above-captioned case to this Court under 28 U.S.C. § 1441, *et seq*.

Plaintiff Christopher Tyson filed a Complaint in the District of Columbia Superior Court asserting claims for negligence and false imprisonment against Defendants Lennard Johnson and Jeanette Myrick, and a constitutional claim under 42 U.S.C. § 1983 against the District. *See generally* Exhibit A, Complaint. Tyson alleges he was overdetained in the DC jail by 24 days because he was eligible for release on or about April 29, 2019 but was not released until May 23, 2019. *See id.* at ¶¶ 9-12. Tyson claims this 24-day overdetention was the result of the District's deliberate indifference, in violation of his Fifth Amendment rights. *See id.* at ¶¶ 131-134.

This Court has original jurisdiction over this alleged violation of Tyson's Fifth Amendment rights brought under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1331. Thus, removal of this case from Superior Court to this Court is proper.

Furthermore, this Notice of Removal is timely filed. A notice of removal must be filed with a federal district court within 30 days of a defendant's receipt of the initial pleading "by service or otherwise." *See* 28 U.S.C. § 1446(b)(1). The District was served the Summons and

1

Complaint on May 1, 2020.  *See* Ex. A, Affidavit of Service.  Accordingly, this Notice of Removal must be filed by June 01, 2020.  *See* 28 U.S.C. § 1446(b)(1); Fed. R. Civ. P. 6(a)(1)(C).

Finally, upon information and belief, Lennard Johnson and Jeanette Myrick have not yet been personally served with a copy of Tyson's Complaint.  *See* Ex. A, Docket.  As a result, the District does not need their consent for removal of this action and has not obtained it.  *See* 28 U.S.C. § 1446(b)(2)(A).

Date: June 01, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General, Civil Litigation Division

/s/ *Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ *Emma Lomax*
EMMA LOMAX
D.C. Bar No. 1630742
Assistant Attorney General
441 4th Street, N.W., Suite 630 South
Washington, DC 20001
Phone:  (202) 807-0375; (202) 727-6295
Fax:  (202) 715-7821
E-mail:  emma.lomax@dc.gov

*Counsel for Defendant District of Columbia*