**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISTOPHER TYSON,** | |
| *Plaintiff,* | |
| **v.** | 1:20-cv-1450 |
| **DISTRICT OF COLUMBIA,** *et al.,* | |
| *Defendants.* | |

<u>**NOTICE OF REMOVAL**</u>

# EXHIBIT A

Filed
D.C. Superior Court
04/23/2020 14:13PM
Clerk of the Court

# SUPERIOR COURT
## OF THE THE DISTRICT OF COLUMBIA

**CHRISTOPHER TYSON**
4013 Cooper Ln Apt A3
Landover Hills MD 20748-1901

        Plaintiff,

v.

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

    SERVE:

    Mayor Muriel Bowser
    Designee Darlene Fields
    Civil Litigation Division, Ste 6000 South
    441 4th Street NW
    Washington DC 20001
        and

    Attorney General Karl Racine
    Designee Darlene Fields
    Civil Litigation Division, Ste 6000 South
    441 4th Street, NW
    Washington, DC 20001

**LENNARD JOHNSON**
(Warden, Central Detention Facility (DC Jail))
1901 D St SE
Washington DC 20003

**and**

**JEANETTE MYRICK**
Central Detention Facility (DC Jail)
1901 D St SE
Washington DC 20003

        Defendants.

Civil Action No.

# COMPLAINT FOR DAMAGES
## WITH JURY DEMAND

Christopher Tyson, Plaintiff, by and through undersigned counsel, hereby files this complaint against the Defendants and states:

## INTRODUCTION

1.     This is an over-detention case for money damages brought by Christopher Tyson for common law false imprisonment and statutory over-detention and civil rights violations because the Government of the District of Columbia (the "District") through its Department of Corrections ("DOC") and its DOC staff listed herein held him in the DC Jail past his Release Date.

## PARTIES

2.     Mr. Tyson is an adult and a longtime resident of the District of Columbia area.

3.     Mr. Tyson names as defendants the Government of the District of Columbia and the "Individual Defendants" named herein, Lennard Johnson, Warden, Central Detention Facility (DC Jail), and Jeanette Myrick, Lead Supervisory Legal Instruments Examiner.

**4.**     Defendant Government of the District of Columbia is a municipal corporation capable of being sued under D.C. Code § 1-102 and is an "individual" under 42 U.S.C. § 1983.

**5.**     Each Individual Defendant was at all relevant times an employee of the District of Columbia DOC.

**6.**     Warden Lennard Johnson has been at least acting warden since September 2014 and was at all relevant times the warden or acting warden of the facility where Mr. Tyson was held.

**7.**     Jeanette Myrick was at all relevant times the Lead Supervisory Legal Instruments Examiner in the Records Office of the DOC.

**8.**     Lennard Johnson and Jeanette Myrick were at all relevant times acting within their scope of her employment.


**THIS INCIDENT**

**9.**     Mr. Tyson was held in the DC Jail on March 22, 2019, after being sentenced that day to 6 months in jail.

**10.**     Mr. Tyson had been incarcerated in that case since October 30, 2018. Therefore, he had already served enough time such that his Release Date, the date on which he was entitled to be released, was on or

about April 29, 2019.

    **11.**    Mr. Tyson was not released until May 23, 2019.

    **12.**    Thus, Mr. Tyson was illegally over-detained in DOC custody for approximately 24 days.

    **13.**    Moreover, he was subjected to a demeaning and humiliating strip-search each time he entered or left the DC Jail or detention facility.

## THE DISTRICT'S POLICIES AND PRACTICES

### DOC facilities and Inmates in the DOC facilities

    **14.**    The DOC holds, among other persons, persons serving misdemeanor sentences imposed by Superior Court judicial officers.

    **15.**    The DOC holds prisoners in the Central Detention Facility ("CDF" or the "DC Jail"), the Correctional Treatment Facility ("CTF"), and at various halfway houses located in the District of Columbia ("DOC facility" or "DOC facilities").

### The DOC's Inmate Management System

    **16.**    The Records Office located at the DC Jail ("Records Office") is responsible for administering and maintaining the records, including the

paper judgment and commitment files, of all persons housed at the DC Jail, CTF and the halfway houses for all persons held in custody of the District of Columbia.

17.     The Records Office is responsible for keeping track of inmates in the DOC including why they are committed to the DOC, e.g., pending trial or serving sentences.

18.     The Records Office is also responsible for ensuring that all persons housed at the DC Jail, CTF and the halfway houses are released on their Release Dates specified in their court orders or otherwise.

19.     All prisoners housed at a DOC facility are initially booked into the DOC through the R&D post (inmate reception center) at the DC Jail.

20.     They are brought to the R&D post and then after booking and classification they are assigned to housing in a DOC facility.

21.     All commitments and releases in and out of the DC Jail are processed by the Records Office.

22.     The American Correctional Association standards require detention facilities to ascertain the identity and reason for detention of everyone booked into a facility.

23.     Each person arriving at the R&D should have a commitment/
release document so the R&D can know whether they should be in the
DOC and why.

24.     So it is the responsibility of the R&D post to reliably transmit
orders from the R&D post to the Records Office staff.

25.     Almost all inmates arrive at R&D on a bus or van from a
courthouse.

26.     The inmates are either new commitments or court returns.

27.     "Court returns" are inmates who leave a DOC facility to go to
court and return to the DOC facility on the same day.

28.     Some court returns are released directly from the courthouse.

29.     Sometimes the inmate's commitment/ release documents
arrive with the inmate but frequently they do not.

30.     If an inmate's commitment/ release documents do not arrive
with the inmate the R&D returns the inmate to the DOC facility they
originated from or holds them in the DC Jail.

31.     If the commitment/ release documents do not arrive the
inmate is held until someone – his lawyer, a judge, an agency – call for
them.

6

32.     If no one calls for the inmate they sit in the DOC system indefinitely because the DOC takes the position that they have no obligation to review inmates and identify inmates without orders and ascertain when they are entitled to release.

**The DOC also lacks a formalized and documented training for LIEs (the Records Office staff)**

33.     The DOC also lacks a formalized and documented training for LIEs (the Records Office staff) which exacerbates the problems.

34.     Currently the DOC relies on "on the job" training provided by Records Office staff which ensures that bad habits are passed onto to new workers.

**Paper Driven Inmate Management System**

35.     Judicial release orders are generated electronically and could be reliably and securely transmitted electronically directly to the DOC Records Office using available secure technology.

36.     But, the DOC relies on printed out paper copies to run the DOC inmate management system.

37.   The DOC runs a paper system for tracking inmates, why they are being held, and when they should be released.

38.   Judicial orders and other commitment/ release documents travel to and from the court rooms and the Records Office via the R&D post on the same transport vehicles used to transport prisoners from the courthouses to the DOC facilities.

39.   This system makes the transmission of orders and other commitment/ release documents dependent on the limitations of a shuttle service between the courthouses and the DC Jail instead of using modern technology to reliably transmit orders directly from courthouse clerks to the Records Office staff.

40.   The major reasons the DOC runs a paper based release system are that: (1) none of the DOC inmate management system database or the courthouse docketing databases are capable of communicating with each other; (2) the DOC has never implemented a system to reliably and promptly transmit orders and other commitment / release documents from the courthouses to the Records Office; and (3) the DOC erroneously believes that converting electronic documents to paper and then relying on paper copies of the electronic originals results in a more secure process.

**41.**     Neither the U.S. District Court nor the District of Columbia Superior Court use paper systems to manage their dockets or issue commitment/ release documents.

**42.**     So all communication between judges in the courthouses who commit and release inmates is via a "sneaker" network of transport officers shuttling prisoners between the DOC facilities and the courthouses carrying paper release and committeemen orders from the courthouses to the R&D post, and then from the R&D post to the Records Office.

**43.**     Similarly, in-transit commitments from USMS in the courthouses travel via the sneaker network on the prisoner transport vehicles.

**44.**     The paper and prisoners flow from the court rooms where USMS deputies collect orders, to the cellblock in the Superior Court and the District Court where deputy Marshals hand the prisoners and the paperwork off to DOC transport officers, and then on to the R&D post where the transport officers deliver the prisoners and whatever paperwork they have to R&D staff.

**45.**     For various reasons – e.g., deputy Marshals do not collect a prisoners' paperwork from the clerk before taking the prisoners to the

cellblock, prisoners go to more than one courtroom, paperwork gets lost or misplaced, transport officers take prisoners without waiting for their paperwork – many prisoners arrive at the R&D post without commitment/ release paperwork.

46.    R&D staff ("R&D," Receiving and Discharge, is the DC Jail post where inmates enter and leave the Jail and CTF) place the paperwork they have in a collection box.

47.    Similarly the DOC has no electronic system for receiving "action notices" (document indicating when parole hold terminates) from the Parole Board.

48.    Instead, it relies on the same sort of "sneaker network," that is, notices of action are hand-carried.

49.    Moreover, the District has no tickler system for ensuring that every visit to court results in an order.

50.    Records Office staff then collect the paperwork and take it upstairs to the Records Office where they use the paperwork – when and if it arrives at R&D – to make commitment and release decisions.

51.    Meanwhile, R&D staff place prisoners in DOC facilities whether or not that have received commitment/ release documents for

that inmate.

52.    Many local detention facilities such as the DC Jail have courthouse clerks print copies of orders directly from the court rooms in the record offices using secure electronic transmission technologies such as the technologies used to store and transmit financial and government data.

53.    Other facilities de-link commitment/ release documents from the process of transporting prisoners by running taxi services where staff pick up orders from a collection point in the courthouses and deliver them directly to their records offices.

54.    Records Office staff are supposed to scan paperwork into a program upon receipt so it will not get lost but they do not scan paperwork upon receipt; as a result paperwork is routine goes missing.


**Problems caused by running a paper inmate management system**

55.    The problem with the DOC inmate management system is not that the courts or the deputy Marshals delay in handing off orders to DOC staff. It is that the system the DOC uses to transmit commitment/ release documents to the R&D post, and then from the R&D post to the Records Office Records Office, and to process the commitment/ release paperwork

11

in the Records Office, routinely causes untimely releases.

56.     Paper documents often get lost or misfiled, as is the case in a number of the erroneous and untimely releases noted above. See The Moss Report.

57.     Operating a detention facility using a paper inmate management system causes numerous delays in processing inmates and making timely releases, that is releasing inmates on their Release Dates, rather than before or after their Release Dates.

58.     For example, a longstanding problem at the Records Office since the *Bynum* litigation is that an inmate arrives at the DC Jail as a new commitment or a court return without paperwork. The R&D staff place the inmate in a DOC facility but Records Office do not enter the inmate into the system.

59.     So, no one in the DOC knows when or whether the person is entitled to release.

60.     The DOC takes the position that it has no obligation to check inmates and determine when they are entitled to release. They simply hold inmates till someone calls for them. So, the DOC holds an inmate indefinitely. For example, years ago a court return entitled to release was

returned to the DC Jail without paperwork even though he had been ordered released.

**61.**    He remained in the jail for over a year because the DC Jail returned him to general population without ascertaining that he had a release at his court appearance.

**62.**    A secure and backed up paperless environment not only greatly minimizes the risk of losing or misplacing a digital document, it also provides a tracking mechanism from inception to completion. The Moss Report.

**63.**    The paper system allows staff to manipulate the orders and hide and under-report untimely releases.

**64.**    The Records Office routinely covers up these late releases by asking the releasing judge for another copy of the release order with a post-dated release date on the order and claim they never received them.

**65.**    Even if the judge will not issue a post-dated release order the Records Office cover up the problem by entering the date of actual release (the "Exit Date") in the JACCS system rather than entering the date the judge ordered the inmate released on that case in JACCS so the ruse cannot be discovered without looking behind the data in JACCS, the

inmate tracking database.

66.     Or Records Office staff simply claim they never received a

release order when they did.

67.     Because of litigation, D.C. Council hearings, annual oversight

reports, and outside consultant reports the District and management at

DOC knows and has known for years that the Records Office covers up

releases and under-reports both over-detentions and early releases.

68.     For example, in the recent Moss Report the Records Office

reported about 20 untimely releases to the Moss Group for the period

from January 15, 2015 to the date of the Moss Report, October, 2018, of

which the Moss Group determined that of the 14 reported over-detentions

(not in active litigation) 13 were directly attributable to Records Office

staff error or a combination of Records Office / R&D post error, and 17 of

the 20 "untimely releases" were attributable error made by Records Office

staff.

69.     But, the Moss Report also stated that since the Moss Group

began its review, the DOC identified an additional 5 untimely releases all

of which the Moss Group attributed to Records Office staff error.

70.     The Moss Report also found internal inconsistencies in DOC

reports on untimely releases provided by the DOC to the Moss Group which "calls into question the integrity of the data contained within the reports examined and further emphasizes the need for a unified and streamlined approach to tracking and reporting untimely releases."

71.     Over the years the DOC has drastically under-reported over-detentions and other untimely releases to the D.C. Council.

72.     The D.C. Council has been aware of the under-reporting because it has received accurate reports from other sources.

**Sentence calculation errors contribute to the untimely release problem**

73.     The Records Office is also responsible for calculating Release Dates for persons serving sentences in the DC Jail.

74.     The only sentences the DOC Records Office has to calculate are misdemeanor sentences imposed by Superior Court judicial officers.

75.     Sentence calculation errors were one of the major causes of over-detentions during the *Barnes* litigation.

76.     The Records Office staff continue to make many sentence calculation errors.

77.     The Records Office does not have an automated system for

calculating sentences.

78.    Sentences are calculated by Records Office staff but they are not checked for errors until the release date originally calculated by the Records Office staff.

79.    This check may prevent early releases but it does not protect against over-detentions because under such a system any error resulting in an over-detention is not caught until the over-detention has already occurred.

80.    The current system is time-consuming and outdated and it does not incorporate into the computation process good behavior credit. The Moss Report.

81.    Sentence computations, as well as behavior credits, education, special projects, and work details are all manually entered into This practice leaves a large margin for staff calculation error. The Moss Report.

82.    There is no sentence computation manual.


**The processes and systems the DOC uses to process paperwork and release decisions causes errors that cascade and cause other errors in the inmate management system**

83.    The R&D post and the Records Office are crucial to the DOC's

inmate management system because the R&D post funnels commitment/ release documents to the Records Office and the Records Office handles all release/ commitment decisions based on these documents.

84.    The processes and systems the DOC uses to process paperwork and to make commitment and release decisions are interconnected and the deficiencies and problems in the system and especially the Records Office are so endemic that errors in the R&D post and the Records Office become cascading failures which trigger the failure of other parts. The components then become overloaded from compensating for failed components and so on.

85.    The District of Columbia, and its agents and employees, have had a longstanding custom and practice of detaining people past their Release Dates going back before the turn of the century.

86.    For example, the DOC uses prisoner transport vehicles to transport paperwork to the Records Office. But, even though at least two such drivers are required on any given day, only a few DOC staff have the commercial driver's licenses required to drive such vehicles. So if one such licensee cannot drive one day, the whole system slows down.

87.    The prisoner/ paperwork transporting system frequently

sends or returns prisoners to the R&D post without paperwork.

88.    This causes delays when paperwork is found or subsequently arrives at the DC Jail.

89.    But, an even more severe problem arises when the R&D staff accept prisoners without paperwork, or with incomplete paperwork, for example accepting a USMS in-transit commitment without requiring paperwork on when the commitment should be released.

90.    The DOC takes the position that it is not required to investigate the Release Date for a prisoner sent as a new commitment to the jail or returned as a court return. It waits for some agency or person to call for such prisoners. If the person has been ordered released or if the USMS does not return to call for such a prisoner they remain in the DC Jail indefinitely.

**The District is deliberately indifferent to the problems at the DOC facilities and the District's deliberate indifference is the moving force behind a pattern and practice of untimely releases including over-detentions.**

91.    The Records Office has a long and persistent history of over-detaining persons and releasing persons before their Release Dates.

92.     One reason is the District treats a person as subject to detention until it actually receives notice to release from the committing authority (Superior Court, District Court, Parole Commission, US Marshals Service ("USMA") even when it knows or has reason to know the person is entitled to release).

93.     For example, if the USMS commits a person on an "in transit" commitment – which is a one or two day stay – the DOC will take no steps to effect release or obtain authority to release (such as by sending the person to court or calling the committing agency) until the USMS arrives to retrieve the person. In such a case the DOC will take no steps towards releasing or asking about the person's entitlement to release; instead the DOC just waits for the USMS to come for the prisoner or send notice of release.

94.     Similarly, even if the DOC through its Records Office or a case manager knows a person held on a parole hold is entitled to release because the parole hold has been vacated (or has reason to know the parole hold has been vacated) it will take no steps towards releasing or asking about the person's entitlement to release; instead the DOC just waits for the Parole Board to send notice of release.

19

95.    The District is deliberately indifferent to the problems at the DOC facilities and the District's deliberate indifference is the moving force behind a pattern and practice of untimely releases including over-detentions.

96.    Mr. Tyson in this case challenges the implementation of the DOC's policies, rather than the specific policies themselves.

97.    Mr. Tyson challenges the policy *in toto* that simply delays all releases until the system, in its sweet time, and with the resources it chooses is ready to make releases.

98.    As the Moss Report indicated, over-detentions and early releases are flip sides of the same "untimely release" problem which both evidence an inmate management system which cannot release prisoners on their Release Dates. See the Moss Report prepared by the Moss Group in response to order of Judge Sullivan compelling District to explain in writing the circumstances surrounding the erroneous release of Mr. Jarrell Harris. *U.S. v. Harris*, 18-28 (EGS) docketed 11/13/2018 [40].

99.    The Moss Group reports about 20 over-detentions and early releases during a period whose boundaries are fuzzy.

100.   The Moss Report questioned the integrity of the data

contained within the reports compiled and provided by the Records

Office.

**101.**    The Moss Report stated that the longest over-detention was 5

days which obviously omits over-detentions such as this one and Mr.

Smith's over-detention. *Smith v. D.C.*, 15-161 (ABJ).

**102.**    Moreover, from talking to attorneys familiar with over-

detentions in the DOC facilities and persons who have been over-detained

in the last year Mr. Tyson's counsel are aware of numerous over-

detentions.

**103.**    For example M.K. was over-detained and he remained over-

detained even after his attorneys at the Georgetown Law Center Students

in court notified the warden

**104.**    Mr. Tyson's counsel is also aware of another person held

about six months on a warrant.


**Strip Searches**

**105.**    The DOC strip searches every prisoner coming into or out of

the DC Jail or CTF.

## COUNTS

### Count 1
### False Imprisonment Against Johnson and Myrick

**106.**   Mr. Tyson realleges and incorporates by reference all allegations set forth in this Complaint.

**107.**   This count is filed against Lennard Johnson and Jeanette Myrick for direct and for supervisory liability for false imprisonment.

**108.**   Mr. Tyson was sentenced to serve at the DC Jail a determinate sentence imposed by a Superior Court judicial officer.

**109.**   DOC employees placed Mr. Tyson in a jail cell and restrained him there.

**110.**   The District's duty to release Mr. Tyson arose on or about April 29, 2019, when his sentence ended and there was no other basis to hold him.

**111.**   Lennard Johnson, Warden, and Jeanette Myrick, Lead Supervisory Legal Instruments Examiner, and other DOC staff caused his false imprisonment by failing to release him when the legal basis for his detention expired and instead restrained him.

**112.**   As the warden, Lennard Johnson had at least constructive

knowledge of Mr. Tyson's over-detention.

113.    As the Lead Supervisory Legal Instruments Examiner,
Jeanette Myrick had at least constructive knowledge of Mr. Tyson's over-
detention, and had responsibility for checking the sentence calculation
and other processes by which Mr. Tyson should have been released on his
Release Date.

114.    Instead of releasing Mr. Tyson by 4/29/2019, the Defendants
by their actions and through their subordinates continued to hold Mr.
Tyson and they restrained him without justification until at least
5/23/2019.

115.    As a direct and proximate result of his false imprisonment Mr.
Tyson suffered general and special damages including confinement,
associated harm, and emotional distress.


### Count 2
### Negligence Against Johnson and Myrick

116.    Mr. Tyson realleges and incorporates by reference all
allegations set forth in this Complaint.

117.    This count is filed against Lennard Johnson and Jeanette

Myrick for direct and for supervisory liability for negligence.

118.    Defendants Johnson and Myrick had common law and statutory duties to release Mr. Tyson upon the expiration of his sentence, or by on or about April 29, 2019.

119.    Jeanette Myrick during all relevant times was the Lead Supervisory Legal Instruments Examiner in the Records Office Records Office" at the D.C. Jail.

120.    Ms. Myrick during all relevant times supervised the Legal Instrument Examiners.

121.    Legal Instrument Examiners are the D.C. Jail employees responsible for processing release and commitment documents including release orders received from the D.C. Superior Court.

122.    Ms. Myrick during all relevant times was responsible for "oversee[ing] the day-to-day operations of the Records Office" at the D.C. Jail.

123.    Ms. Myrick is also the supervisor required "to make sure that the inmates are released" on their Release Dates.

124.    At all times relevant, Ms. Myrick knew, or reasonably should have known, that her subordinates were failing to process prisoner

24

releases in a timely fashion.

125.    Notably, Ms. Myrick even maintained a file of "overdetention reports."

126.    Despite the known problem of overdetentions, Ms. Myrick failed to take adequate steps to prevent the overdetention of prisoners at the D.C. Jail, including Mr. Tyson.

127.    In fact, Ms. Myrick has admitted that the Department of Correction's written policy of requiring Legal Instrument Examiners to "obtain and review printouts from ... Courtview" when processing a prisoner release was not the actual practice or custom for the Legal Instrument Examiners that she supervised during all relevant times.

128.    Defendant Johnson was the warden and responsible for the day-to-day operations at the jail, and shared all the responsibilities of Defendant Myrick.

129.    The Defendants negligently breached their duties to ensure Mr. Tyson's release upon the expiration of his sentence, and he was not released until on or after May 23, 2019.

130.    As a direct and proximate result of this negligence Mr. Tyson suffered general and special damages including confinement, associated

harm, and emotional distress.

## Count 3
### § 1983 Liability of District of Columbia for Overdetentions

**131.**    Mr. Tyson realleges and incorporates by reference all allegations set forth in this Amended Complaint.

**132.**    The District of Columbia, and its agents and employees, have had a longstanding custom and practice of detaining inmates past their release dates for the reasons stated above, thereby causing unjustified overdetentions of Mr. Tyson and other inmates in the DOC's facilities.

**133.**    The District's actions, and failure to act, as described above, directly and proximately and affirmatively were the moving force behind the violations of Mr. Tyson and other inmates in the DOC's facilities' Fifth Amendment rights.

**134.**    The District is liable for the overdetention problems at the DOC that caused Mr. Tyson's over-detention because they were caused by the District's deliberate indifference to inmates' 5th Amendment rights to be released on their Release Dates. The "moving force" behind the constitutional deprivations associated with plaintiffs' overdetentions was the District's deliberate indifference.

**135.**   However, as a separate basis for Section 1983 liability, alternatively, the overdetention problem is the result of official acquiescence in a longstanding practice or custom which constitutes the "standard operating procedure" of the District through the DOC. alternatively, the "moving force" behind the constitutional deprivations associated with plaintiffs' overdetentions was the result of official acquiescence in a longstanding practice or custom which constitutes the "standard operating procedure" of the District through the DOC.

**136.**   As a direct and proximate result of this negligence Mr. Tyson suffered general and special damages including deprivation of constitutional rights, confinement, associated harm, and emotional distress.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff respectfully requests that this Court grant the following relief:

1.   a jury trial on all claims so triable;

2.   judgment in his favor;

3.   general and compensatory and consequential damages in an

27

amount to be determined at trial; and

4.      such other relief as this Court deems just and proper including

an award of attorney's fees under 42 U.S.C. § 1988.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W., Ste 300
Washington, DC 20004
claibornelaw@gmail.com
202-824-0700

/s/Sean R. Day/s/
Sean R. Day
D.C. Bar No. 452420
7474 Greenway Center Dr Ste 150
Greenbelt MD 20770-3524
Sean@DayInCourt.Net
301.220.2270

## JURY DEMAND

Plaintiffs demand a jury of six as to all claims so triable.

/s/Sean R. Day/s/
SEAN R. DAY
D.C. Bar # 452420
Counsel for Mr. Tyson

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

**Christopher Tyson**

Case Number: _____

vs

Date: **April 23, 2020** _____

**Government of the District of Columbia, et al.**
☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| **Sean R. Day** | ☒ Attorney for Plaintiff |
| Firm Name: **Sean R. Day, Attorney at Law** | ☐ Self (Pro Se) |
| Telephone No.:  Six digit Unified Bar No.: **301.220.2270    452420** | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury      ☒ 6 Person Jury      ☐ 12 Person Jury

Demand: $_____      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____  Judge: _____  Calendar #:_____

Case No.:_____  Judge: _____  Calendar#:_____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☐ 01 Breach of Contract            ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty            ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument         ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                  Over $25,000 Pltf. Grants Consent         Over $25,000 Consent Denied
☐ 13 Employment Discrimination     ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees             Under $25,000 Pltf. Grants Consent        Under $25,000 Consent Denied
                                   ☐ 28 Motion to Confirm Arbitration
                                        Award (Collection Cases Only)

---

**B. PROPERTY TORTS**

☐ 01 Automobile                ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion                ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process              ☐ 10 Invasion of Privacy            ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection       ☐ 11 Libel and Slander                  Not Malpractice)
☐ 03 Assault and Battery           ☐ 12 Malicious Interference         ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution          ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 14 Malpractice Legal              ☐ 20 Friendly Suit
☐ 06 False Accusation              ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 21 Asbestos
☒ 07 False Arrest/**Imprisonment** ☐ 16 Negligence- (Not Automobile,   ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                              Not Malpractice)               ☐ 23 Tobacco
                                                                       ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_/s/Sean R. Day/s/_
_____
Attorney's Signature

April 23, 2020
_____
Date

CV-496/ June 2015



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## CHRISTOPHER TYSON
_____
Plaintiff

vs.                                                    Case Number _____

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
**to: Mayor Muriel Bowser or**          Defendant
**Designee Darlene Fields**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**                 _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**          By _____
Address                                                    Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                   Date _____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                    Demandante

contra

_____          Número de Caso: _____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                    Por: _____
_____
Dirección                                              Subsecretario

_____

                                    Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                    CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## CHRISTOPHER TYSON

_____
Plaintiff

vs.                                         Case Number _____

## GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.
**to: Attorney General Karl Racine or**          Defendant
**Designee Darlene Fields**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**              _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**          By _____
Address                                                      Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                   Date _____
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                    Demandante

        contra

_____                    Número de Caso: _____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

     Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

     A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          _SECRETARIO DEL TRIBUNAL_
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                      Subsecretario

_____          Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오        ያ ማ ማ ርፇ ኮ ፇ ፇ ጸ ፇ ጸ (202) 879-4828 ፇ ፇ ፇ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

     Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## CHRISTOPHER TYSON
_____
Plaintiff

vs.                                                    Case Number _____

## LENNARD JOHNSON, et al.
.........................................................
Defendant

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The **attorney**'s name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**          _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**          By _____
Address                                                          Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                         Date _____
Telephone
如需翻譯, 请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ስምያያፈን (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                         CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                          Demandante

        contra

                                                      Número de Caso: _____

_____
                                          Demandado

### CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio.  Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación.  Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante.  El nombre y dirección del abogado aparecen al final de este documento.  Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación  por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados.  Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante.  Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                      _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

_____           Por: _____
Dirección                                                                    Subsecretario

_____
                                                      Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA.  SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO.  SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

        Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**CHRISTOPHER TYSON**
_____
Plaintiff

vs.                                                    Case Number _____

**JEANETTE MYRICK, et al.**
.................................................
Defendant

## SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The **attorney**'s name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**                    _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**              By _____
Address                                                          Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                         Date _____
Telephone
如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                        Demandante

        contra

_____          Número de Caso: _____
                                        Demandado

### CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                        _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                                Por: _____
_____                        Subsecretario
Dirección

_____
                                                Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
        번역을 원하시면, (202) 879-4828 로 전화주십시요                 የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

        Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

Filed
D.C. Superior Court
04/23/2020 14:13PM
Clerk of the Court

# SUPERIOR COURT
## OF THE THE DISTRICT OF COLUMBIA

**CHRISTOPHER TYSON**
4013 Cooper Ln Apt A3
Landover Hills MD 20748-1901

        Plaintiff,

v.

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

    **SERVE:**

    Mayor Muriel Bowser
    Designee Darlene Fields
    Civil Litigation Division, Ste 6000 South
    441 4th Street NW
    Washington DC 20001
        and

    Attorney General Karl Racine
    Designee Darlene Fields
    Civil Litigation Division, Ste 6000 South
    441 4th Street, NW
    Washington, DC 20001

**LENNARD JOHNSON**
(Warden, Central Detention Facility (DC Jail))
1901 D St SE
Washington DC 20003

**and**

**JEANETTE MYRICK**
Central Detention Facility (DC Jail)
1901 D St SE
Washington DC 20003

        Defendants.

Civil Action No.   2020 CA 002321 B

# COMPLAINT FOR DAMAGES
## WITH JURY DEMAND

Christopher Tyson, Plaintiff, by and through undersigned counsel, hereby

files this complaint against the Defendants and states:

## INTRODUCTION

1.      This is an over-detention case for money damages brought by

Christopher Tyson for common law false imprisonment and statutory

over-detention and civil rights violations because the Government of the

District of Columbia (the "District") through its Department of Corrections

("DOC") and its DOC staff listed herein held him in the DC Jail past his

Release Date.

## PARTIES

2.      Mr. Tyson is an adult and a longtime resident of the District of

Columbia area.

3.      Mr. Tyson names as defendants the Government of the

District of Columbia and the "Individual Defendants" named herein,

Lennard Johnson, Warden, Central Detention Facility (DC Jail), and

Jeanette Myrick, Lead Supervisory Legal Instruments Examiner.

**4.** Defendant Government of the District of Columbia is a municipal corporation capable of being sued under D.C. Code § 1-102 and is an "individual" under 42 U.S.C. § 1983.

**5.** Each Individual Defendant was at all relevant times an employee of the District of Columbia DOC.

**6.** Warden Lennard Johnson has been at least acting warden since September 2014 and was at all relevant times the warden or acting warden of the facility where Mr. Tyson was held.

**7.** Jeanette Myrick was at all relevant times the Lead Supervisory Legal Instruments Examiner in the Records Office of the DOC.

**8.** Lennard Johnson and Jeanette Myrick were at all relevant times acting within their scope of her employment.

## THIS INCIDENT

**9.** Mr. Tyson was held in the DC Jail on March 22, 2019, after being sentenced that day to 6 months in jail.

**10.** Mr. Tyson had been incarcerated in that case since October 30, 2018. Therefore, he had already served enough time such that his Release Date, the date on which he was entitled to be released, was on or

about April 29, 2019.

**11.** Mr. Tyson was not released until May 23, 2019.

**12.** Thus, Mr. Tyson was illegally over-detained in DOC custody for approximately 24 days.

**13.** Moreover, he was subjected to a demeaning and humiliating strip-search each time he entered or left the DC Jail or detention facility.

## THE DISTRICT'S POLICIES AND PRACTICES

### DOC facilities and Inmates in the DOC facilities

**14.** The DOC holds, among other persons, persons serving misdemeanor sentences imposed by Superior Court judicial officers.

**15.** The DOC holds prisoners in the Central Detention Facility ("CDF" or the "DC Jail"), the Correctional Treatment Facility ("CTF"), and at various halfway houses located in the District of Columbia ("DOC facility" or "DOC facilities").

### The DOC's Inmate Management System

**16.** The Records Office located at the DC Jail ("Records Office") is responsible for administering and maintaining the records, including the

paper judgment and commitment files, of all persons housed at the DC Jail,
CTF and the halfway houses for all persons held in custody of the District
of Columbia.

17.   The Records Office is responsible for keeping track of inmates
in the DOC including why they are committed to the DOC, e.g., pending
trial or serving sentences.

18.   The Records Office is also responsible for ensuring that all
persons housed at the DC Jail, CTF and the halfway houses are released on
their Release Dates specified in their court orders or otherwise.

19.   All prisoners housed at a DOC facility are initially booked
into the DOC through the R&D post (inmate reception center) at the DC
Jail.

20.   They are brought to the R&D post and then after booking and
classification they are assigned to housing in a DOC facility.

21.   All commitments and releases in and out of the DC Jail are
processed by the Records Office.

22.   The American Correctional Association standards require
detention facilities to ascertain the identity and reason for detention of
everyone booked into a facility.

23.     Each person arriving at the R&D should have a commitment/ release document so the R&D can know whether they should be in the DOC and why.

24.     So it is the responsibility of the R&D post to reliably transmit orders from the R&D post to the Records Office staff.

25.     Almost all inmates arrive at R&D on a bus or van from a courthouse.

26.     The inmates are either new commitments or court returns.

27.     "Court returns" are inmates who leave a DOC facility to go to court and return to the DOC facility on the same day.

28.     Some court returns are released directly from the courthouse.

29.     Sometimes the inmate's commitment/ release documents arrive with the inmate but frequently they do not.

30.     If an inmate's commitment/ release documents do not arrive with the inmate the R&D returns the inmate to the DOC facility they originated from or holds them in the DC Jail.

31.     If the commitment/ release documents do not arrive the inmate is held until someone – his lawyer, a judge, an agency – call for them.

6

32.     If no one calls for the inmate they sit in the DOC system indefinitely because the DOC takes the position that they have no obligation to review inmates and identify inmates without orders and ascertain when they are entitled to release.

**The DOC also lacks a formalized and documented training for LIEs (the Records Office staff)**

33.     The DOC also lacks a formalized and documented training for LIEs (the Records Office staff) which exacerbates the problems.

34.     Currently the DOC relies on "on the job" training provided by Records Office staff which ensures that bad habits are passed onto to new workers.

**Paper Driven Inmate Management System**

35.     Judicial release orders are generated electronically and could be reliably and securely transmitted electronically directly to the DOC Records Office using available secure technology.

36.     But, the DOC relies on printed out paper copies to run the DOC inmate management system.

37.     The DOC runs a paper system for tracking inmates, why they are being held, and when they should be released.

38.     Judicial orders and other commitment/ release documents travel to and from the court rooms and the Records Office via the R&D post on the same transport vehicles used to transport prisoners from the courthouses to the DOC facilities.

39.     This system makes the transmission of orders and other commitment/ release documents dependent on the limitations of a shuttle service between the courthouses and the DC Jail instead of using modern technology to reliably transmit orders directly from courthouse clerks to the Records Office staff.

40.     The major reasons the DOC runs a paper based release system are that: (1) none of the DOC inmate management system database or the courthouse docketing databases are capable of communicating with each other; (2) the DOC has never implemented a system to reliably and promptly transmit orders and other commitment / release documents from the courthouses to the Records Office; and (3) the DOC erroneously believes that converting electronic documents to paper and then relying on paper copies of the electronic originals results in a more secure process.

8

**41.**    Neither the U.S. District Court nor the District of Columbia
Superior Court use paper systems to manage their dockets or issue
commitment/ release documents.

**42.**    So all communication between judges in the courthouses who
commit and release inmates is via a "sneaker" network of transport officers
shuttling prisoners between the DOC facilities and the courthouses
carrying paper release and committeemen orders from the courthouses to
the R&D post, and then from the R&D post to the Records Office.

**43.**    Similarly, in-transit commitments from USMS in the
courthouses travel via the sneaker network on the prisoner transport
vehicles.

**44.**    The paper and prisoners flow from the court rooms where
USMS deputies collect orders, to the cellblock in the Superior Court and
the District Court where deputy Marshals hand the prisoners and the
paperwork off to DOC transport officers, and then on to the R&D post
where the transport officers deliver the prisoners and whatever
paperwork they have to R&D staff.

**45.**    For various reasons – e.g., deputy Marshals do not collect a
prisoners' paperwork from the clerk before taking the prisoners to the

cellblock, prisoners go to more than one courtroom, paperwork gets lost or misplaced, transport officers take prisoners without waiting for their paperwork – many prisoners arrive at the R&D post without commitment/ release paperwork.

46.    R&D staff ("R&D," Receiving and Discharge, is the DC Jail post where inmates enter and leave the Jail and CTF) place the paperwork they have in a collection box.

47.    Similarly the DOC has no electronic system for receiving "action notices" (document indicating when parole hold terminates) from the Parole Board.

48.    Instead, it relies on the same sort of "sneaker network," that is, notices of action are hand-carried.

49.    Moreover, the District has no tickler system for ensuring that every visit to court results in an order.

50.    Records Office staff then collect the paperwork and take it upstairs to the Records Office where they use the paperwork – when and if it arrives at R&D – to make commitment and release decisions.

51.    Meanwhile, R&D staff place prisoners in DOC facilities whether or not that have received commitment/ release documents for

that inmate.

52.    Many local detention facilities such as the DC Jail have

courthouse clerks print copies of orders directly from the court rooms in

the record offices using secure electronic transmission technologies such as

the technologies used to store and transmit financial and government data.

53.    Other facilities de-link commitment/ release documents from

the process of transporting prisoners by running taxi services where staff

pick up orders from a collection point in the courthouses and deliver them

directly to their records offices.

54.    Records Office staff are supposed to scan paperwork into a

program upon receipt so it will not get lost but they do not scan

paperwork upon receipt; as a result paperwork is routine goes missing.


**Problems caused by running a paper inmate management system**

55.    The problem with the DOC inmate management system is not

that the courts or the deputy Marshals delay in handing off orders to DOC

staff. It is that the system the DOC uses to transmit commitment/ release

documents to the R&D post, and then from the R&D post to the Records

Office Records Office, and to process the commitment/ release paperwork

11

in the Records Office, routinely causes untimely releases.

56.     Paper documents often get lost or misfiled, as is the case in a number of the erroneous and untimely releases noted above. See The Moss Report.

57.     Operating a detention facility using a paper inmate management system causes numerous delays in processing inmates and making timely releases, that is releasing inmates on their Release Dates, rather than before or after their Release Dates.

58.     For example, a longstanding problem at the Records Office since the *Bynum* litigation is that an inmate arrives at the DC Jail as a new commitment or a court return without paperwork. The R&D staff place the inmate in a DOC facility but Records Office do not enter the inmate into the system.

59.     So, no one in the DOC knows when or whether the person is entitled to release.

60.     The DOC takes the position that it has no obligation to check inmates and determine when they are entitled to release. They simply hold inmates till someone calls for them. So, the DOC holds an inmate indefinitely. For example, years ago a court return entitled to release was

returned to the DC Jail without paperwork even though he had been

ordered released.

**61.** He remained in the jail for over a year because the DC Jail

returned him to general population without ascertaining that he had a

release at his court appearance.

**62.** A secure and backed up paperless environment not only

greatly minimizes the risk of losing or misplacing a digital document, it

also provides a tracking mechanism from inception to completion. The

Moss Report.

**63.** The paper system allows staff to manipulate the orders and

hide and under-report untimely releases.

**64.** The Records Office routinely covers up these late releases by

asking the releasing judge for another copy of the release order with a

post-dated release date on the order and claim they never received them.

**65.** Even if the judge will not issue a post-dated release order the

Records Office cover up the problem by entering the date of actual release

(the "Exit Date") in the JACCS system rather than entering the date the

judge ordered the inmate released on that case in JACCS so the ruse

cannot be discovered without looking behind the data in JACCS, the

13

inmate tracking database.

66.     Or Records Office staff simply claim they never received a release order when they did.

67.     Because of litigation, D.C. Council hearings, annual oversight reports, and outside consultant reports the District and management at DOC knows and has known for years that the Records Office covers up releases and under-reports both over-detentions and early releases.

68.     For example, in the recent Moss Report the Records Office reported about 20 untimely releases to the Moss Group for the period from January 15, 2015 to the date of the Moss Report, October, 2018, of which the Moss Group determined that of the 14 reported over-detentions (not in active litigation) 13 were directly attributable to Records Office staff error or a combination of Records Office / R&D post error, and 17 of the 20 "untimely releases" were attributable error made by Records Office staff.

69.     But, the Moss Report also stated that since the Moss Group began its review, the DOC identified an additional 5 untimely releases all of which the Moss Group attributed to Records Office staff error.

70.     The Moss Report also found internal inconsistencies in DOC

14

reports on untimely releases provided by the DOC to the Moss Group
which "calls into question the integrity of the data contained within the
reports examined and further emphasizes the need for a unified and
streamlined approach to tracking and reporting untimely releases."

71.    Over the years the DOC has drastically under-reported over-
detentions and other untimely releases to the D.C. Council.

72.    The D.C. Council has been aware of the under-reporting
because it has received accurate reports from other sources.

**Sentence calculation errors contribute to the untimely release problem**

73.    The Records Office is also responsible for calculating Release
Dates for persons serving sentences in the DC Jail.

74.    The only sentences the DOC Records Office has to calculate
are misdemeanor sentences imposed by Superior Court judicial officers.

75.    Sentence calculation errors were one of the major causes of
over-detentions during the *Barnes* litigation.

76.    The Records Office staff continue to make many sentence
calculation errors.

77.    The Records Office does not have an automated system for

calculating sentences.

78.   Sentences are calculated by Records Office staff but they are

not checked for errors until the release date originally calculated by the

Records Office staff.

79.   This check may prevent early releases but it does not protect

against over-detentions because under such a system any error resulting in

an over-detention is not caught until the over-detention has already

occurred.

80.   The current system is time-consuming and outdated and it

does not incorporate into the computation process good behavior credit.

The Moss Report.

81.   Sentence computations, as well as behavior credits, education,

special projects, and work details are all manually entered into This

practice leaves a large margin for staff calculation error. The Moss Report.

82.   There is no sentence computation manual.


**The processes and systems the DOC uses to process paperwork and
release decisions causes errors that cascade and cause other errors in the
inmate management system**

83.   The R&D post and the Records Office are crucial to the DOC's

inmate management system because the R&D post funnels commitment/
release documents to the Records Office and the Records Office handles all
release/ commitment decisions based on these documents.

**84.**    The processes and systems the DOC uses to process paperwork
and to make commitment and release decisions are interconnected and
the deficiencies and problems in the system and especially the Records
Office are so endemic that errors in the R&D post and the Records Office
become cascading failures which trigger the failure of other parts. The
components then become overloaded from compensating for failed
components and so on.

**85.**    The District of Columbia, and its agents and employees, have
had a longstanding custom and practice of detaining people past their
Release Dates going back before the turn of the century.

**86.**    For example, the DOC uses prisoner transport vehicles to
transport paperwork to the Records Office. But, even though at least two
such drivers are required on any given day, only a few DOC staff have the
commercial driver's licenses required to drive such vehicles. So if one such
licensee cannot drive one day, the whole system slows down.

**87.**    The prisoner/ paperwork transporting system frequently

sends or returns prisoners to the R&D post without paperwork.

88.     This causes delays when paperwork is found or subsequently arrives at the DC Jail.

89.     But, an even more severe problem arises when the R&D staff accept prisoners without paperwork, or with incomplete paperwork, for example accepting a USMS in-transit commitment without requiring paperwork on when the commitment should be released.

90.     The DOC takes the position that it is not required to investigate the Release Date for a prisoner sent as a new commitment to the jail or returned as a court return. It waits for some agency or person to call for such prisoners. If the person has been ordered released or if the USMS does not return to call for such a prisoner they remain in the DC Jail indefinitely.

**The District is deliberately indifferent to the problems at the DOC facilities and the District's deliberate indifference is the moving force behind a pattern and practice of untimely releases including over-detentions.**

91.     The Records Office has a long and persistent history of over-detaining persons and releasing persons before their Release Dates.

92.     One reason is the District treats a person as subject to detention until it actually receives notice to release from the committing authority (Superior Court, District Court, Parole Commission, US Marshals Service ("USMA") even when it knows or has reason to know the person is entitled to release).

93.     For example, if the USMS commits a person on an "in transit" commitment – which is a one or two day stay – the DOC will take no steps to effect release or obtain authority to release (such as by sending the person to court or calling the committing agency) until the USMS arrives to retrieve the person. In such a case the DOC will take no steps towards releasing or asking about the person's entitlement to release; instead the DOC just waits for the USMS to come for the prisoner or send notice of release.

94.     Similarly, even if the DOC through its Records Office or a case manager knows a person held on a parole hold is entitled to release because the parole hold has been vacated (or has reason to know the parole hold has been vacated) it will take no steps towards releasing or asking about the person's entitlement to release; instead the DOC just waits for the Parole Board to send notice of release.

**95.**     The District is deliberately indifferent to the problems at the DOC facilities and the District's deliberate indifference is the moving force behind a pattern and practice of untimely releases including over-detentions.

**96.**     Mr. Tyson in this case challenges the implementation of the DOC's policies, rather than the specific policies themselves.

**97.**     Mr. Tyson challenges the policy *in toto* that simply delays all releases until the system, in its sweet time, and with the resources it chooses is ready to make releases.

**98.**     As the Moss Report indicated, over-detentions and early releases are flip sides of the same "untimely release" problem which both evidence an inmate management system which cannot release prisoners on their Release Dates. See the Moss Report prepared by the Moss Group in response to order of Judge Sullivan compelling District to explain in writing the circumstances surrounding the erroneous release of Mr. Jarrell Harris. *U.S. v. Harris*, 18-28 (EGS) docketed 11/13/2018 [40].

**99.**     The Moss Group reports about 20 over-detentions and early releases during a period whose boundaries are fuzzy.

**100.**   The Moss Report questioned the integrity of the data

20

contained within the reports compiled and provided by the Records Office.

**101.**   The Moss Report stated that the longest over-detention was 5 days which obviously omits over-detentions such as this one and Mr. Smith's over-detention. *Smith v. D.C.*, 15-161 (ABJ).

**102.**   Moreover, from talking to attorneys familiar with over-detentions in the DOC facilities and persons who have been over-detained in the last year Mr. Tyson's counsel are aware of numerous over-detentions.

**103.**   For example M.K. was over-detained and he remained over-detained even after his attorneys at the Georgetown Law Center Students in court notified the warden

**104.**   Mr. Tyson's counsel is also aware of another person held about six months on a warrant.


**Strip Searches**

**105.**   The DOC strip searches every prisoner coming into or out of the DC Jail or CTF.

## COUNTS

### Count 1
### False Imprisonment Against Johnson and Myrick

**106.**   Mr. Tyson realleges and incorporates by reference all allegations set forth in this Complaint.

**107.**   This count is filed against Lennard Johnson and Jeanette Myrick for direct and for supervisory liability for false imprisonment.

**108.**   Mr. Tyson was sentenced to serve at the DC Jail a determinate sentence imposed by a Superior Court judicial officer.

**109.**   DOC employees placed Mr. Tyson in a jail cell and restrained him there.

**110.**   The District's duty to release Mr. Tyson arose on or about April 29, 2019, when his sentence ended and there was no other basis to hold him.

**111.**   Lennard Johnson, Warden, and Jeanette Myrick, Lead Supervisory Legal Instruments Examiner, and other DOC staff caused his false imprisonment by failing to release him when the legal basis for his detention expired and instead restrained him.

**112.**   As the warden, Lennard Johnson had at least constructive

knowledge of Mr. Tyson's over-detention.

113.    As the Lead Supervisory Legal Instruments Examiner,

Jeanette Myrick had at least constructive knowledge of Mr. Tyson's over-

detention, and had responsibility for checking the sentence calculation

and other processes by which Mr. Tyson should have been released on his

Release Date.

114.    Instead of releasing Mr. Tyson by 4/29/2019, the Defendants

by their actions and through their subordinates continued to hold Mr.

Tyson and they restrained him without justification until at least

5/23/2019.

115.    As a direct and proximate result of his false imprisonment Mr.

Tyson suffered general and special damages including confinement,

associated harm, and emotional distress.


## Count 2
### Negligence Against Johnson and Myrick

116.    Mr. Tyson realleges and incorporates by reference all

allegations set forth in this Complaint.

117.    This count is filed against Lennard Johnson and Jeanette

Myrick for direct and for supervisory liability for negligence.

118.    Defendants Johnson and Myrick had common law and statutory duties to release Mr. Tyson upon the expiration of his sentence, or by on or about April 29, 2019.

119.    Jeanette Myrick during all relevant times was the Lead Supervisory Legal Instruments Examiner in the Records Office Records Office" at the D.C. Jail.

120.    Ms. Myrick during all relevant times supervised the Legal Instrument Examiners.

121.    Legal Instrument Examiners are the D.C. Jail employees responsible for processing release and commitment documents including release orders received from the D.C. Superior Court.

122.    Ms. Myrick during all relevant times was responsible for "oversee[ing] the day-to-day operations of the Records Office" at the D.C. Jail.

123.    Ms. Myrick is also the supervisor required "to make sure that the inmates are released" on their Release Dates.

124.    At all times relevant, Ms. Myrick knew, or reasonably should have known, that her subordinates were failing to process prisoner

24

releases in a timely fashion.

125.    Notably, Ms. Myrick even maintained a file of "overdetention reports."

126.    Despite the known problem of overdetentions, Ms. Myrick failed to take adequate steps to prevent the overdetention of prisoners at the D.C. Jail, including Mr. Tyson.

127.    In fact, Ms. Myrick has admitted that the Department of Correction's written policy of requiring Legal Instrument Examiners to "obtain and review printouts from ... Courtview" when processing a prisoner release was not the actual practice or custom for the Legal Instrument Examiners that she supervised during all relevant times.

128.    Defendant Johnson was the warden and responsible for the day-to-day operations at the jail, and shared all the responsibilities of Defendant Myrick.

129.    The Defendants negligently breached their duties to ensure Mr. Tyson's release upon the expiration of his sentence, and he was not released until on or after May 23, 2019.

130.    As a direct and proximate result of this negligence Mr. Tyson suffered general and special damages including confinement, associated

harm, and emotional distress.

## Count 3
### § 1983 Liability of District of Columbia for Overdetentions

**131.**   Mr. Tyson realleges and incorporates by reference all allegations set forth in this Amended Complaint.

**132.**   The District of Columbia, and its agents and employees, have had a longstanding custom and practice of detaining inmates past their release dates for the reasons stated above, thereby causing unjustified overdetentions of Mr. Tyson and other inmates in the DOC's facilities.

**133.**   The District's actions, and failure to act, as described above, directly and proximately and affirmatively were the moving force behind the violations of Mr. Tyson and other inmates in the DOC's facilities' Fifth Amendment rights.

**134.**   The District is liable for the overdetention problems at the DOC that caused Mr. Tyson's over-detention because they were caused by the District's deliberate indifference to inmates' 5th Amendment rights to be released on their Release Dates. The "moving force" behind the constitutional deprivations associated with plaintiffs' overdetentions was the District's deliberate indifference.

**135.**    However, as a separate basis for Section 1983 liability, alternatively, the overdetention problem is the result of official acquiescence in a longstanding practice or custom which constitutes the "standard operating procedure" of the District through the DOC. alternatively, the "moving force" behind the constitutional deprivations associated with plaintiffs' overdetentions was the result of official acquiescence in a longstanding practice or custom which constitutes the "standard operating procedure" of the District through the DOC.

**136.**    As a direct and proximate result of this negligence Mr. Tyson suffered general and special damages including deprivation of constitutional rights, confinement, associated harm, and emotional distress.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff respectfully requests that this Court grant the following relief:

1.    a jury trial on all claims so triable;

2.    judgment in his favor;

3.    general and compensatory and consequential damages in an

27

amount to be determined at trial; and

4.     such other relief as this Court deems just and proper including

an award of attorney's fees under 42 U.S.C. § 1988.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W., Ste 300
Washington, DC 20004
claibornelaw@gmail.com
202-824-0700

/s/Sean R. Day/s/
Sean R. Day
D.C. Bar No. 452420
7474 Greenway Center Dr Ste 150
Greenbelt MD 20770-3524
Sean@DayInCourt.Net
301.220.2270

## JURY DEMAND

Plaintiffs demand a jury of six as to all claims so triable.

/s/Sean R. Day/s/
SEAN R. DAY
D.C. Bar # 452420
Counsel for Mr. Tyson

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

**Christopher Tyson**

Case Number: __2020 CA 002321 B__

vs

Date: **April 23, 2020**

**Government of the District of Columbia, et al.**

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* **Sean R. Day** | Relationship to Lawsuit |
| Firm Name: **Sean R. Day, Attorney at Law** | ☒ Attorney for Plaintiff |
| Telephone No.:  Six digit Unified Bar No.: **301.220.2270     452420** | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury     ☒ 6 Person Jury     ☐ 12 Person Jury

Demand: $_____     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____     Judge: _____     Calendar #:_____

Case No.:_____     Judge: _____     Calendar#:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**                   **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                 Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees            Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                       Award (Collection Cases Only)

---

**B. PROPERTY TORTS**

☐ 01 Automobile          ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion          ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process              ☐ 10 Invasion of Privacy             ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection       ☐ 11 Libel and Slander                     Not Malpractice)
☐ 03 Assault and Battery           ☐ 12 Malicious Interference          ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution           ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 14 Malpractice Legal               ☐ 20 Friendly Suit
☐ 06 False Accusation              ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 21 Asbestos
☒ 07 False Arrest/**Imprisonment** ☐ 16 Negligence- (Not Automobile,    ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                               Not Malpractice)                ☐ 23 Tobacco
                                                                         ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
   (DC Code § 11-941)
☐ 10 Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
   (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
   Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
   Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
   Judgment [ D.C. Code §
   2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
   42-3301, et seq.)

☐ 21 Petition for Subpoena
   [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
   (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

**/s/Sean R. Day/s/**

Attorney's Signature

**April 23, 2020**

Date

CV-496/ June 2015



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## CHRISTOPHER TYSON
_____
Plaintiff

vs.                                          Case Number _____

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
**to: Mayor Muriel Bowser or**          Defendant
**Designee Darlene Fields**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**                _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**          By _____
Address                                                    Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                  Date _____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ስለምፈልጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                        CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                    Demandante

        contra

                                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                        Por: _____

_____
Dirección                                                    Subsecretario

_____
                                        Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
          번역을 원하시면, (202) 879-4828 로 전화주십시오       ያስተረጉም ከፈለጉ ተከታተሉ ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

        Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                            Vea al dorso el original en inglés
                            See reverse side for English original

                                                                CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## CHRISTOPHER TYSON

Plaintiff

vs.                                                 Case Number _____

## GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.

**to: Attorney General Karl Racine or**     Defendant
**Designee Darlene Fields**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The **attorney**'s name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**          *Clerk of the Court*
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**       By _____
Address                                              Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                          Date _____
Telephone

如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ስማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                              CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                   Demandante

        contra

_____
                                   Demandado

Número de Caso: _____

### CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandado. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

_____        Por: _____
Dirección                                                           Subsecretario

_____
                                                            Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
         번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

        Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**CHRISTOPHER TYSON**
_____
Plaintiff

vs.                                    Case Number _____

**LENNARD JOHNSON, et al.**
.................................................
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The **attorney**'s name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**                    _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**          By _____
Address                                                   Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                             Date _____
Telephone
如需翻譯, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                   CASUM.doc





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                          Demandante

        contra

                                        Número de Caso: _____

_____
                          Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                        Por: _____
_____                    Subsecretario
Dirección

_____
                                        Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## CHRISTOPHER TYSON

Plaintiff

vs.                                                     Case Number _____

## JEANETTE MYRICK, et al.

Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The **attorney**'s name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**                *Clerk of the Court*
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**            By _____
Address                                                          Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                            Date _____
Telephone
如需翻译，请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

_____
Demandado

Número de Caso: _____

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

_____
Dirección

_____

_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

CHRISTOPHER TYSON

   Vs.                                                                C.A. No.        2020 CA 002321 B

GOVERNMENT OF THE DISTRICT OF COLUMBIA et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge YVONNE WILLIAMS
Date:  April 24, 2020
Initial Conference: 9:30 am, Friday, August 21, 2020
Location:   Courtroom 518
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority, and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Robert E. Morin

CAIO-60

# SUPERIOR COURT
## OF THE THE DISTRICT OF COLUMBIA

**CHRISTOPHER TYSON**

4013 Cooper Ln Apt A3
Landover Hills MD 20748-1901

        Plaintiff,

v.

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

    **SERVE:**

    Mayor Muriel Bowser
    Designee Darlene Fields
    Civil Litigation Division, Ste 6000 South
    441 4th Street NW
    Washington DC 20001
        and

    Attorney General Karl Racine
    Designee Darlene Fields
    Civil Litigation Division, Ste 6000 South
    441 4th Street, NW
    Washington, DC 20001

**LENNARD JOHNSON**
(Warden, Central Detention Facility (DC Jail))
1901 D St SE
Washington DC 20003

**and**

**JEANETTE MYRICK**
Central Detention Facility (DC Jail)
1901 D St SE
Washington DC 20003

        Defendants.

Civil Action No.   2020 CA 002321 B

# COMPLAINT FOR DAMAGES
## WITH JURY DEMAND

Christopher Tyson, Plaintiff, by and through undersigned counsel, hereby files this complaint against the Defendants and states:

## INTRODUCTION

1.     This is an over-detention case for money damages brought by Christopher Tyson for common law false imprisonment and statutory over-detention and civil rights violations because the Government of the District of Columbia (the "District") through its Department of Corrections ("DOC") and its DOC staff listed herein held him in the DC Jail past his Release Date.

## PARTIES

2.     Mr. Tyson is an adult and a longtime resident of the District of Columbia area.

3.     Mr. Tyson names as defendants the Government of the District of Columbia and the "Individual Defendants" named herein, Lennard Johnson, Warden, Central Detention Facility (DC Jail), and Jeanette Myrick, Lead Supervisory Legal Instruments Examiner.

4.      Defendant Government of the District of Columbia is a municipal corporation capable of being sued under D.C. Code § 1-102 and is an "individual" under 42 U.S.C. § 1983.

5.      Each Individual Defendant was at all relevant times an employee of the District of Columbia DOC.

6.      Warden Lennard Johnson has been at least acting warden since September 2014 and was at all relevant times the warden or acting warden of the facility where Mr. Tyson was held.

7.      Jeanette Myrick was at all relevant times the Lead Supervisory Legal Instruments Examiner in the Records Office of the DOC.

8.      Lennard Johnson and Jeanette Myrick were at all relevant times acting within their scope of her employment.

## THIS INCIDENT

9.      Mr. Tyson was held in the DC Jail on March 22, 2019, after being sentenced that day to 6 months in jail.

10.     Mr. Tyson had been incarcerated in that case since October 30, 2018. Therefore, he had already served enough time such that his Release Date, the date on which he was entitled to be released, was on or

about April 29, 2019.

**11.**    Mr. Tyson was not released until May 23, 2019.

**12.**    Thus, Mr. Tyson was illegally over-detained in DOC custody for approximately 24 days.

**13.**    Moreover, he was subjected to a demeaning and humiliating strip-search each time he entered or left the DC Jail or detention facility.

## THE DISTRICT'S POLICIES AND PRACTICES

### DOC facilities and Inmates in the DOC facilities

**14.**    The DOC holds, among other persons, persons serving misdemeanor sentences imposed by Superior Court judicial officers.

**15.**    The DOC holds prisoners in the Central Detention Facility ("CDF" or the "DC Jail"), the Correctional Treatment Facility ("CTF"), and at various halfway houses located in the District of Columbia ("DOC facility" or "DOC facilities").

### The DOC's Inmate Management System

**16.**    The Records Office located at the DC Jail ("Records Office") is responsible for administering and maintaining the records, including the

4

paper judgment and commitment files, of all persons housed at the DC Jail,

CTF and the halfway houses for all persons held in custody of the District

of Columbia.

17.     The Records Office is responsible for keeping track of inmates

in the DOC including why they are committed to the DOC, e.g., pending

trial or serving sentences.

18.     The Records Office is also responsible for ensuring that all

persons housed at the DC Jail, CTF and the halfway houses are released on

their Release Dates specified in their court orders or otherwise.

19.     All prisoners housed at a DOC facility are initially booked

into the DOC through the R&D post (inmate reception center) at the DC

Jail.

20.     They are brought to the R&D post and then after booking and

classification they are assigned to housing in a DOC facility.

21.     All commitments and releases in and out of the DC Jail are

processed by the Records Office.

22.     The American Correctional Association standards require

detention facilities to ascertain the identity and reason for detention of

everyone booked into a facility.

23.     Each person arriving at the R&D should have a commitment/ release document so the R&D can know whether they should be in the DOC and why.

24.     So it is the responsibility of the R&D post to reliably transmit orders from the R&D post to the Records Office staff.

25.     Almost all inmates arrive at R&D on a bus or van from a courthouse.

26.     The inmates are either new commitments or court returns.

27.     "Court returns" are inmates who leave a DOC facility to go to court and return to the DOC facility on the same day.

28.     Some court returns are released directly from the courthouse.

29.     Sometimes the inmate's commitment/ release documents arrive with the inmate but frequently they do not.

30.     If an inmate's commitment/ release documents do not arrive with the inmate the R&D returns the inmate to the DOC facility they originated from or holds them in the DC Jail.

31.     If the commitment/ release documents do not arrive the inmate is held until someone – his lawyer, a judge, an agency – call for them.

6

32.     If no one calls for the inmate they sit in the DOC system indefinitely because the DOC takes the position that they have no obligation to review inmates and identify inmates without orders and ascertain when they are entitled to release.

## The DOC also lacks a formalized and documented training for LIEs (the Records Office staff)

33.     The DOC also lacks a formalized and documented training for LIEs (the Records Office staff) which exacerbates the problems.

34.     Currently the DOC relies on "on the job" training provided by Records Office staff which ensures that bad habits are passed onto to new workers.

## Paper Driven Inmate Management System

35.     Judicial release orders are generated electronically and could be reliably and securely transmitted electronically directly to the DOC Records Office using available secure technology.

36.     But, the DOC relies on printed out paper copies to run the DOC inmate management system.

7

37.     The DOC runs a paper system for tracking inmates, why they are being held, and when they should be released.

38.     Judicial orders and other commitment/ release documents travel to and from the court rooms and the Records Office via the R&D post on the same transport vehicles used to transport prisoners from the courthouses to the DOC facilities.

39.     This system makes the transmission of orders and other commitment/ release documents dependent on the limitations of a shuttle service between the courthouses and the DC Jail instead of using modern technology to reliably transmit orders directly from courthouse clerks to the Records Office staff.

40.     The major reasons the DOC runs a paper based release system are that: (1) none of the DOC inmate management system database or the courthouse docketing databases are capable of communicating with each other; (2) the DOC has never implemented a system to reliably and promptly transmit orders and other commitment / release documents from the courthouses to the Records Office; and (3) the DOC erroneously believes that converting electronic documents to paper and then relying on paper copies of the electronic originals results in a more secure process.

**41.**     Neither the U.S. District Court nor the District of Columbia Superior Court use paper systems to manage their dockets or issue commitment/ release documents.

**42.**     So all communication between judges in the courthouses who commit and release inmates is via a "sneaker" network of transport officers shuttling prisoners between the DOC facilities and the courthouses carrying paper release and committeemen orders from the courthouses to the R&D post, and then from the R&D post to the Records Office.

**43.**     Similarly, in-transit commitments from USMS in the courthouses travel via the sneaker network on the prisoner transport vehicles.

**44.**     The paper and prisoners flow from the court rooms where USMS deputies collect orders, to the cellblock in the Superior Court and the District Court where deputy Marshals hand the prisoners and the paperwork off to DOC transport officers, and then on to the R&D post where the transport officers deliver the prisoners and whatever paperwork they have to R&D staff.

**45.**     For various reasons – e.g., deputy Marshals do not collect a prisoners' paperwork from the clerk before taking the prisoners to the

cellblock, prisoners go to more than one courtroom, paperwork gets lost or misplaced, transport officers take prisoners without waiting for their paperwork – many prisoners arrive at the R&D post without commitment/ release paperwork.

46.     R&D staff ("R&D," Receiving and Discharge, is the DC Jail post where inmates enter and leave the Jail and CTF) place the paperwork they have in a collection box.

47.     Similarly the DOC has no electronic system for receiving "action notices" (document indicating when parole hold terminates) from the Parole Board.

48.     Instead, it relies on the same sort of "sneaker network," that is, notices of action are hand-carried.

49.     Moreover, the District has no tickler system for ensuring that every visit to court results in an order.

50.     Records Office staff then collect the paperwork and take it upstairs to the Records Office where they use the paperwork – when and if it arrives at R&D – to make commitment and release decisions.

51.     Meanwhile, R&D staff place prisoners in DOC facilities whether or not that have received commitment/ release documents for

that inmate.

52.     Many local detention facilities such as the DC Jail have

courthouse clerks print copies of orders directly from the court rooms in

the record offices using secure electronic transmission technologies such as

the technologies used to store and transmit financial and government data.

53.     Other facilities de-link commitment/ release documents from

the process of transporting prisoners by running taxi services where staff

pick up orders from a collection point in the courthouses and deliver them

directly to their records offices.

54.     Records Office staff are supposed to scan paperwork into a

program upon receipt so it will not get lost but they do not scan

paperwork upon receipt; as a result paperwork is routine goes missing.

**Problems caused by running a paper inmate management system**

55.     The problem with the DOC inmate management system is not

that the courts or the deputy Marshals delay in handing off orders to DOC

staff. It is that the system the DOC uses to transmit commitment/ release

documents to the R&D post, and then from the R&D post to the Records

Office Records Office, and to process the commitment/ release paperwork

in the Records Office, routinely causes untimely releases.

56.     Paper documents often get lost or misfiled, as is the case in a number of the erroneous and untimely releases noted above. See The Moss Report.

57.     Operating a detention facility using a paper inmate management system causes numerous delays in processing inmates and making timely releases, that is releasing inmates on their Release Dates, rather than before or after their Release Dates.

58.     For example, a longstanding problem at the Records Office since the *Bynum* litigation is that an inmate arrives at the DC Jail as a new commitment or a court return without paperwork. The R&D staff place the inmate in a DOC facility but Records Office do not enter the inmate into the system.

59.     So, no one in the DOC knows when or whether the person is entitled to release.

60.     The DOC takes the position that it has no obligation to check inmates and determine when they are entitled to release. They simply hold inmates till someone calls for them. So, the DOC holds an inmate indefinitely. For example, years ago a court return entitled to release was

12

returned to the DC Jail without paperwork even though he had been ordered released.

61.     He remained in the jail for over a year because the DC Jail returned him to general population without ascertaining that he had a release at his court appearance.

62.     A secure and backed up paperless environment not only greatly minimizes the risk of losing or misplacing a digital document, it also provides a tracking mechanism from inception to completion. The Moss Report.

63.     The paper system allows staff to manipulate the orders and hide and under-report untimely releases.

64.     The Records Office routinely covers up these late releases by asking the releasing judge for another copy of the release order with a post-dated release date on the order and claim they never received them.

65.     Even if the judge will not issue a post-dated release order the Records Office cover up the problem by entering the date of actual release (the "Exit Date") in the JACCS system rather than entering the date the judge ordered the inmate released on that case in JACCS so the ruse cannot be discovered without looking behind the data in JACCS, the

inmate tracking database.

66.    Or Records Office staff simply claim they never received a release order when they did.

67.    Because of litigation, D.C. Council hearings, annual oversight reports, and outside consultant reports the District and management at DOC knows and has known for years that the Records Office covers up releases and under-reports both over-detentions and early releases.

68.    For example, in the recent Moss Report the Records Office reported about 20 untimely releases to the Moss Group for the period from January 15, 2015 to the date of the Moss Report, October, 2018, of which the Moss Group determined that of the 14 reported over-detentions (not in active litigation) 13 were directly attributable to Records Office staff error or a combination of Records Office / R&D post error, and 17 of the 20 "untimely releases" were attributable error made by Records Office staff.

69.    But, the Moss Report also stated that since the Moss Group began its review, the DOC identified an additional 5 untimely releases all of which the Moss Group attributed to Records Office staff error.

70.    The Moss Report also found internal inconsistencies in DOC

14

reports on untimely releases provided by the DOC to the Moss Group which "calls into question the integrity of the data contained within the reports examined and further emphasizes the need for a unified and streamlined approach to tracking and reporting untimely releases."

71.     Over the years the DOC has drastically under-reported over-detentions and other untimely releases to the D.C. Council.

72.     The D.C. Council has been aware of the under-reporting because it has received accurate reports from other sources.

**Sentence calculation errors contribute to the untimely release problem**

73.     The Records Office is also responsible for calculating Release Dates for persons serving sentences in the DC Jail.

74.     The only sentences the DOC Records Office has to calculate are misdemeanor sentences imposed by Superior Court judicial officers.

75.     Sentence calculation errors were one of the major causes of over-detentions during the *Barnes* litigation.

76.     The Records Office staff continue to make many sentence calculation errors.

77.     The Records Office does not have an automated system for

calculating sentences.

78.     Sentences are calculated by Records Office staff but they are
not checked for errors until the release date originally calculated by the
Records Office staff.

79.     This check may prevent early releases but it does not protect
against over-detentions because under such a system any error resulting in
an over-detention is not caught until the over-detention has already
occurred.

80.     The current system is time-consuming and outdated and it
does not incorporate into the computation process good behavior credit.
The Moss Report.

81.     Sentence computations, as well as behavior credits, education,
special projects, and work details are all manually entered into This
practice leaves a large margin for staff calculation error. The Moss Report.

82.     There is no sentence computation manual.


**The processes and systems the DOC uses to process paperwork and
release decisions causes errors that cascade and cause other errors in the
inmate management system**

83.     The R&D post and the Records Office are crucial to the DOC's

inmate management system because the R&D post funnels commitment/
release documents to the Records Office and the Records Office handles all
release/ commitment decisions based on these documents.

84.    The processes and systems the DOC uses to process paperwork
and to make commitment and release decisions are interconnected and
the deficiencies and problems in the system and especially the Records
Office are so endemic that errors in the R&D post and the Records Office
become cascading failures which trigger the failure of other parts. The
components then become overloaded from compensating for failed
components and so on.

85.    The District of Columbia, and its agents and employees, have
had a longstanding custom and practice of detaining people past their
Release Dates going back before the turn of the century.

86.    For example, the DOC uses prisoner transport vehicles to
transport paperwork to the Records Office. But, even though at least two
such drivers are required on any given day, only a few DOC staff have the
commercial driver's licenses required to drive such vehicles. So if one such
licensee cannot drive one day, the whole system slows down.

87.    The prisoner/ paperwork transporting system frequently

sends or returns prisoners to the R&D post without paperwork.

88.     This causes delays when paperwork is found or subsequently arrives at the DC Jail.

89.     But, an even more severe problem arises when the R&D staff accept prisoners without paperwork, or with incomplete paperwork, for example accepting a USMS in-transit commitment without requiring paperwork on when the commitment should be released.

90.     The DOC takes the position that it is not required to investigate the Release Date for a prisoner sent as a new commitment to the jail or returned as a court return. It waits for some agency or person to call for such prisoners. If the person has been ordered released or if the USMS does not return to call for such a prisoner they remain in the DC Jail indefinitely.

**The District is deliberately indifferent to the problems at the DOC facilities and the District's deliberate indifference is the moving force behind a pattern and practice of untimely releases including over-detentions.**

91.     The Records Office has a long and persistent history of over-detaining persons and releasing persons before their Release Dates.

92.     One reason is the District treats a person as subject to detention until it actually receives notice to release from the committing authority (Superior Court, District Court, Parole Commission, US Marshals Service ("USMA") even when it knows or has reason to know the person is entitled to release).

93.     For example, if the USMS commits a person on an "in transit" commitment – which is a one or two day stay – the DOC will take no steps to effect release or obtain authority to release (such as by sending the person to court or calling the committing agency) until the USMS arrives to retrieve the person. In such a case the DOC will take no steps towards releasing or asking about the person's entitlement to release; instead the DOC just waits for the USMS to come for the prisoner or send notice of release.

94.     Similarly, even if the DOC through its Records Office or a case manager knows a person held on a parole hold is entitled to release because the parole hold has been vacated (or has reason to know the parole hold has been vacated) it will take no steps towards releasing or asking about the person's entitlement to release; instead the DOC just waits for the Parole Board to send notice of release.

19

95.     The District is deliberately indifferent to the problems at the DOC facilities and the District's deliberate indifference is the moving force behind a pattern and practice of untimely releases including over-detentions.

96.     Mr. Tyson in this case challenges the implementation of the DOC's policies, rather than the specific policies themselves.

97.     Mr. Tyson challenges the policy *in toto* that simply delays all releases until the system, in its sweet time, and with the resources it chooses is ready to make releases.

98.     As the Moss Report indicated, over-detentions and early releases are flip sides of the same "untimely release" problem which both evidence an inmate management system which cannot release prisoners on their Release Dates. See the Moss Report prepared by the Moss Group in response to order of Judge Sullivan compelling District to explain in writing the circumstances surrounding the erroneous release of Mr. Jarrell Harris. *U.S. v. Harris*, 18-28 (EGS) docketed 11/13/2018 [40].

99.     The Moss Group reports about 20 over-detentions and early releases during a period whose boundaries are fuzzy.

100.    The Moss Report questioned the integrity of the data

20

contained within the reports compiled and provided by the Records Office.

**101.**   The Moss Report stated that the longest over-detention was 5 days which obviously omits over-detentions such as this one and Mr. Smith's over-detention. *Smith v. D.C.*, 15-161 (ABJ).

**102.**   Moreover, from talking to attorneys familiar with over-detentions in the DOC facilities and persons who have been over-detained in the last year Mr. Tyson's counsel are aware of numerous over-detentions.

**103.**   For example M.K. was over-detained and he remained over-detained even after his attorneys at the Georgetown Law Center Students in court notified the warden

**104.**   Mr. Tyson's counsel is also aware of another person held about six months on a warrant.

### Strip Searches

**105.**   The DOC strip searches every prisoner coming into or out of the DC Jail or CTF.

## COUNTS

### Count 1
### False Imprisonment Against Johnson and Myrick

**106.** Mr. Tyson realleges and incorporates by reference all allegations set forth in this Complaint.

**107.** This count is filed against Lennard Johnson and Jeanette Myrick for direct and for supervisory liability for false imprisonment.

**108.** Mr. Tyson was sentenced to serve at the DC Jail a determinate sentence imposed by a Superior Court judicial officer.

**109.** DOC employees placed Mr. Tyson in a jail cell and restrained him there.

**110.** The District's duty to release Mr. Tyson arose on or about April 29, 2019, when his sentence ended and there was no other basis to hold him.

**111.** Lennard Johnson, Warden, and Jeanette Myrick, Lead Supervisory Legal Instruments Examiner, and other DOC staff caused his false imprisonment by failing to release him when the legal basis for his detention expired and instead restrained him.

**112.** As the warden, Lennard Johnson had at least constructive

22

knowledge of Mr. Tyson's over-detention.

113.    As the Lead Supervisory Legal Instruments Examiner, Jeanette Myrick had at least constructive knowledge of Mr. Tyson's over-detention, and had responsibility for checking the sentence calculation and other processes by which Mr. Tyson should have been released on his Release Date.

114.    Instead of releasing Mr. Tyson by 4/29/2019, the Defendants by their actions and through their subordinates continued to hold Mr. Tyson and they restrained him without justification until at least 5/23/2019.

115.    As a direct and proximate result of his false imprisonment Mr. Tyson suffered general and special damages including confinement, associated harm, and emotional distress.

## Count 2
## Negligence Against Johnson and Myrick

116.    Mr. Tyson realleges and incorporates by reference all allegations set forth in this Complaint.

117.    This count is filed against Lennard Johnson and Jeanette

Myrick for direct and for supervisory liability for negligence.

118.    Defendants Johnson and Myrick had common law and statutory duties to release Mr. Tyson upon the expiration of his sentence, or by on or about April 29, 2019.

119.    Jeanette Myrick during all relevant times was the Lead Supervisory Legal Instruments Examiner in the Records Office Records Office" at the D.C. Jail.

120.    Ms. Myrick during all relevant times supervised the Legal Instrument Examiners.

121.    Legal Instrument Examiners are the D.C. Jail employees responsible for processing release and commitment documents including release orders received from the D.C. Superior Court.

122.    Ms. Myrick during all relevant times was responsible for "oversee[ing] the day-to-day operations of the Records Office" at the D.C. Jail.

123.    Ms. Myrick is also the supervisor required "to make sure that the inmates are released" on their Release Dates.

124.    At all times relevant, Ms. Myrick knew, or reasonably should have known, that her subordinates were failing to process prisoner

releases in a timely fashion.

125.    Notably, Ms. Myrick even maintained a file of "overdetention reports."

126.    Despite the known problem of overdetentions, Ms. Myrick failed to take adequate steps to prevent the overdetention of prisoners at the D.C. Jail, including Mr. Tyson.

127.    In fact, Ms. Myrick has admitted that the Department of Correction's written policy of requiring Legal Instrument Examiners to "obtain and review printouts from ... Courtview" when processing a prisoner release was not the actual practice or custom for the Legal Instrument Examiners that she supervised during all relevant times.

128.    Defendant Johnson was the warden and responsible for the day-to-day operations at the jail, and shared all the responsibilities of Defendant Myrick.

129.    The Defendants negligently breached their duties to ensure Mr. Tyson's release upon the expiration of his sentence, and he was not released until on or after May 23, 2019.

130.    As a direct and proximate result of this negligence Mr. Tyson suffered general and special damages including confinement, associated

harm, and emotional distress.

## Count 3
### § 1983 Liability of District of Columbia for Overdetentions

**131.**   Mr. Tyson realleges and incorporates by reference all allegations set forth in this Amended Complaint.

**132.**   The District of Columbia, and its agents and employees, have had a longstanding custom and practice of detaining inmates past their release dates for the reasons stated above, thereby causing unjustified overdetentions of Mr. Tyson and other inmates in the DOC's facilities.

**133.**   The District's actions, and failure to act, as described above, directly and proximately and affirmatively were the moving force behind the violations of Mr. Tyson and other inmates in the DOC's facilities' Fifth Amendment rights.

**134.**   The District is liable for the overdetention problems at the DOC that caused Mr. Tyson's over-detention because they were caused by the District's deliberate indifference to inmates' 5th Amendment rights to be released on their Release Dates. The "moving force" behind the constitutional deprivations associated with plaintiffs' overdetentions was the District's deliberate indifference.

**135.**    However, as a separate basis for Section 1983 liability, alternatively, the overdetention problem is the result of official acquiescence in a longstanding practice or custom which constitutes the "standard operating procedure" of the District through the DOC. alternatively, the "moving force" behind the constitutional deprivations associated with plaintiffs' overdetentions was the result of official acquiescence in a longstanding practice or custom which constitutes the "standard operating procedure" of the District through the DOC.

**136.**    As a direct and proximate result of this negligence Mr. Tyson suffered general and special damages including deprivation of constitutional rights, confinement, associated harm, and emotional distress.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff respectfully requests that this Court grant the following relief:

1.    a jury trial on all claims so triable;

2.    judgment in his favor;

3.    general and compensatory and consequential damages in an

27

amount to be determined at trial; and

4.    such other relief as this Court deems just and proper including

an award of attorney's fees under 42 U.S.C. § 1988.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W., Ste 300
Washington, DC 20004
claibornelaw@gmail.com
202-824-0700

/s/Sean R. Day/s/
Sean R. Day
D.C. Bar No. 452420
7474 Greenway Center Dr Ste 150
Greenbelt MD 20770-3524
Sean@DayInCourt.Net
301.220.2270

**JURY DEMAND**

Plaintiffs demand a jury of six as to all claims so triable.

/s/Sean R. Day/s/
SEAN R. DAY
D.C. Bar # 452420
Counsel for Mr. Tyson

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

**Christopher Tyson**

Case Number: ___**2020 CA 002321 B**___

vs

Date: **April 23, 2020**

**Government of the District of Columbia, et al.**

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* <br> **Sean R. Day** | Relationship to Lawsuit |
|---|---|
| Firm Name: <br> **Sean R. Day, Attorney at Law** | ☒ Attorney for Plaintiff |
| Telephone No.:     Six digit Unified Bar No.: <br> **301.220.2270**     **452420** | ☐ Self (Pro Se) <br> ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $_____    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**          **COLLECTION CASES**

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property |    Over $25,000 Pltf. Grants Consent |    Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees |    Under $25,000 Pltf. Grants Consent |    Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration <br>    Award (Collection Cases Only) | |

---

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

---

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, <br>    Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☒ 07 False Arrest /**Imprisonment** | ☐ 16 Negligence- (Not Automobile, <br>    Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE      IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

/s/Sean R. Day/s/

Attorney's Signature

April 23, 2020

Date



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**CHRISTOPHER TYSON**
_____
Plaintiff

vs.                                                    Case Number _____

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
**to: Mayor Muriel Bowser or**                  Defendant
**Designee Darlene Fields**

**SUMMONS**

To the above named Defendant:

   You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

   You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**              _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**          By _____
Address                                                Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                              Date _____
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

   IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

   If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                      CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

---
_____
                                    Demandante

        contra                                      Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio.  Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación.  Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante.  El nombre y dirección del abogado aparecen al final de este documento.  Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación  por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados.   Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante.  Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                              Por: _____

_____
Dirección                                        Subsecretario

_____
                              Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
        번역을 원하시면, (202) 879-4828 로 전화주십시요           ኣማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA.  SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO.  SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                    CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## CHRISTOPHER TYSON

Plaintiff

vs.                                                        Case Number _____

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
**to: Attorney General Karl Racine or**         Defendant
**Designee Darlene Fields**

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**                *Clerk of the Court*
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**         By _____

Address                                                        Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                              Date _____

Telephone
如需翻译,请打电话 (202) 879-4828         Veuillez appeler au (202) 879-4828 pour une traduction         Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





### TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____                    Subsecretario
Dirección

Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

**CHRISTOPHER TYSON**
_____
Plaintiff

vs.                                    Case Number _____

**LENNARD JOHNSON, et al.**
---------------------------------
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The **attorney**'s name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**                    _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**          By _____
Address                                              Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                             Date _____
Telephone
如需翻譯，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                            Demandante

        contra

_____                    Número de Caso: _____
                                            Demandado

## CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

_____                    Por: _____
Dirección                                                         Subsecretario

_____
                                            Fecha: _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

        Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                            Vea al dorso el original en inglés
                            See reverse side for English original

                                                                                    CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_____
**CHRISTOPHER TYSON**

Plaintiff

vs.

Case Number _____

_____
**JEANETTE MYRICK, et al.**

Defendant

<b>SUMMONS</b>

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The **attorney**'s name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar No. 452420)**
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**
Address
**Greenbelt MD 20770-3524**

**301.220.2270**
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation<br>Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                            CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                       Demandante

          contra

_____          Número de Caso: _____
                                       Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                              Subsecretario

_____
                                              Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
      번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

CHRISTOPHER TYSON

    Vs.                                  C.A. No.      2020 CA 002321 B

GOVERNMENT OF THE DISTRICT OF COLUMBIA et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                 Chief Judge Robert E. Morin

Case Assigned to: Judge YVONNE WILLIAMS
Date:  April 24, 2020
Initial Conference: 9:30 am, Friday, August 21, 2020
Location:   Courtroom 518
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**D.C. Superior Court**
**04/30/2020 11:40AM**
**Clerk of the Court**

**CHRISTOPHER TYSON**

Plaintiff

vs.

Case Number    **2020 CA 002321 B**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
**To: Mayor Muriel Bowser**

Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**
Address
**Greenbelt MD 20770-3524**

**301.220.2270**
Telephone

*Clerk of the Court*

By _____
               Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주세요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                      Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

_____
Dirección

Por: _____
Subsecretario

_____
Teléfono

Fecha _____

如需翻譯,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화하십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHRISTOPHER TYSON**

_____
Plaintiff

vs.

Case Number    **2020 CA 002321 B**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**

**to: Attorney General Karl Racine**        Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**                    _Clerk of the Court_
_____
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**        By _____
_____
Address                                                    Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                Date _____
_____
Telephone
如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주시기 바랍니다.         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                            Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
Subsecretario

_____
Dirección

_____
Fecha _____

_____
Teléfono

如需翻譯,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

**CHRISTOPHER TYSON**

_____
                                    Plaintiff

vs.

Case Number   **2020 CA 002321 B**

**LENNARD JOHNSON, et al.**

_____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**                              _Clerk of the Court_
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**                By _____
Address                                                                      Deputy Clerk
**Greenbelt MD 20770-3524**

**301.220.2270**                                            Date _____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오        የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                              Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante
          contra
                                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o el Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                         Por: _____
_____                      Subsecretario
Dirección

_____              Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역을 원하시면 (202)879-4828 로 전화주십시요          ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHRISTOPHER TYSON**
_____
Plaintiff

vs.

Case Number  **2020 CA 002321 B**

**JEANETTE MYRICK, et al.**
_____
Defendant

### SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**
_____
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**
_____
Address
**Greenbelt MD 20770-3524**
_____

**301.220.2270**
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

     IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
Subsecretario

_____
Dirección

Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화하십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4

Superior Court of the District of Columbia
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**D.C. Superior Court**
**04/30/2020 11:40AM**
**Clerk of the Court**

**CHRISTOPHER TYSON**

_____
Plaintiff

vs.

Case Number   **2020 CA 002321 B**
_____

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
**To: Mayor Muriel Bowser**                Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**
_____
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**
_____
Address
**Greenbelt MD 20770-3524**

**301.220.2270**
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date   04/30/2020
_____

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오     የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra

                                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____

_____
Dirección                                              Subsecretario

_____
                              Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 연락하십시오       ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHRISTOPHER TYSON**

_____
Plaintiff

vs.

Case Number **2020 CA 002321 B**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**

**to: Attorney General Karl Racine**            Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**

_____
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**

_____
Address
**Greenbelt MD 20770-3524**

**301.220.2270**

_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____ 04/30/2020

如需翻譯,請打電話 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오.       ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

_____            Número de Caso: _____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
                          Subsecretario

_____
Dirección

_____
Teléfono
如需翻譯,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

Fecha _____

如果您需要翻译 请致电 (202) 879-4828 요약 통역이 필요하시면      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHRISTOPHER TYSON**

_____
                                    Plaintiff

vs.

Case Number   **2020 CA 002321 B**

**LENNARD JOHNSON, et al.**

_____
                                    Defendant

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**
_____
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**
_____
Address
**Greenbelt MD 20770-3524**
_____

**301.220.2270**
_____
Telephone

_Clerk of the Court_

By _____
                              Deputy Clerk

Date        04/30/2020

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요    የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra                                        Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                      Subsecretario

_____
                                    Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역을 원하시면 (202) 879-4828 로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                   Super. Ct. Civ. R. 4

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHRISTOPHER TYSON**

---
Plaintiff

vs.

Case Number **2020 CA 002321 B**

**JEANETTE MYRICK, et al.**

---
Defendant

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**

---
Name of Plaintiff's Attorney

*Clerk of the Court*

**7474 Greenway Center Dr Ste 150**

---
Address

By _____

**Greenbelt MD 20770-3524**

Deputy Clerk

**301.220.2270**

---
Telephone

Date _____04/30/2020_____

如需翻譯，請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
Subsecretario

_____
Dirección

Fecha _____

_____
Teléfono
如需翻譯,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역을 원하시면 (202)879-4828 로 전화주십시오      የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4

**D.C. Superior Court**
**05/08/2020 14:59PM**
**Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER TYSON** | |
| Plaintiff | Case No.: |
| v. | **2020 CA 002321 B** |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA**, *et al.* | |
| Defendants | |

## AFFIDAVIT OF SERVICE OF PROCESS UPON THE DISTRICT OF COLUMBIA

I hereby affirm under the penalties of perjury that I am not a party herein and am at least 18 years of age, and that I served process in this case as follows:

**Person Served**
**Government of the District of Columbia**

**Date Served**
**May 1, 2020**

**Documents Served**
(1) Summonses issued 04/30/2020; (2) Complaint; (3) Civil Information Sheet; (4) Initial Order and Addendum

**Method of Service**
**COVID-19 Email Protocol** —
On May 1, 2020, I contacted the Office of the Attorney General for the District of Columbia to determine service of process protocol during the COVID-19 emergency. I was advised that the Government of the District of Columbia was not accepting service of process in person but was instead accepting service of process by email to three persons:
Chad Copeland, Deputy Attorney General (chad.copeland@dc.gov);
Stephanie Litos, Assistant Deputy Attorney General (stephanie.litos@dc.gov); and
Tonia Robinson (tonia.robinson@dc.gov).
This protocol is also published at
https://oag.dc.gov/about-oag/oag-coronavirus-information-page

**\*\*Temporary Service of Process**: OAG is no longer accepting service of process in person due to the COVID-19 emergency. Litigants or counsel who are seeking to serve the District may do so by mail in accordance with court rules, or by emailing chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov.

On May 1, 2020, I emailed the above-listed materials to all three listed email addresses. I did not receive back an error or undeliverable message.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 8th day of May, 2020, in Greenbelt, Maryland.

Respectfully submitted,

Sean R. Day
7474 Greenway Center Dr Ste 150
Greenbelt MD 20770-3524
301.220.2270
301-220-2441 (fax)
*Sean@DayInCourt.Net*
Attorney for Plaintiff

2

CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHRISTOPHER TYSON**

Plaintiff

vs.

Case Number **2020 CA 002321 B**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
**To: Mayor Muriel Bowser**                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**

Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**

Address
**Greenbelt MD 20770-3524**

**301.220.2270**

Telephone

*Clerk of the Court*

By _____

Deputy Clerk

Date    04/30/2020

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

Por: _____
Subsecretario

_____
Dirección

Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역이 필요하면 (202) 879-4828 로 전화주십시오     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

Superior Court
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**CHRISTOPHER TYSON**
_____
_Plaintiff_

vs.

Case Number **2020 CA 002321 B**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.**
_____
**to: Attorney General Karl Racine** _Defendant_

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Sean R. Day (D.C. Bar 452420)**
_____
Name of Plaintiff's Attorney

**7474 Greenway Center Dr Ste 150**
_____
Address
**Greenbelt MD 20770-3524**

**301.220.2270**
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____ 04/30/2020 _____

如需翻譯,請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
Subsecretario

_____
Dirección

Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017[                                                                          Super. Ct. Civ. R. 4