UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER TYSON** <br><br> Plaintiff <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA**, *et al.* <br><br> Defendant | Case No. <br><br> **20-cv-01450-RC** |

**PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER**

Christopher Tyson, Plaintiff, hereby respectfully moves the Court to enter his proposed protective order which was attached to his Opposition as ECF No. 46-1and which is attached here. The Defendants have stated in their recent filing (ECF 47) that they oppose entry of this order.

Plaintiff sought the District's consent pursuant to LCvR 7(m) by email bt after two days the District has not responded.

The proposed protective order is supported by "good cause" as Fed. R. Civ. P. 26(c) requires. Fed. R. Civ. P. 26(c); *EEOC v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1411 (D.C. Cir. 1996) (requiring district court on remand to make required showing of "good cause" when its protective order contained no discussion of why use of unfiled deposition was required to be restricted); *Univ. of Mass. v. Roslin Inst.*, 437 F. Supp. 2d 57, 60-61 (D.D.C. 2006).

None of the provisions in Mr. Tyson's proposed protective order violate any part of Circuit law; many have been entered by other Judges of this Court in similar cases. Moreover, since Mr. Tyson's order is a global order protecting all parties it will obviate the need for multiple protective orders.

Mr. Tyson incorporates by reference herein the additional arguments in favor of entering his proposed protective order (ECF No. 46-1 and filed herewith) instead of the District's proposed protective order (ECF 45-1).

## CONCLUSION

Therefore, Mr. Tyson respectfully moves the Court to grant his motion.

| | |
|---|---|
| Respectfully submitted,<br><br>/s/ William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br>717 D Street, N.W., Ste 300<br>Washington, DC 20004<br>claibornelaw@gmail.com<br>202-824-0700<br><br>/s/Sean R. Day/s/<br>Sean R. Day<br>D.C. Bar No. 452420<br>7474 Greenway Center Dr Ste 150<br>Greenbelt MD 20770-3524<br>Sean@DayInCourt.Net<br>301.220.2270<br><br>Attorneys for Plaintiff | |